AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Raymond Edward Chestnut, | ) |
| *Petitioner* | ) |
| v. | ) Civil Action No.  1:16-cv-02521-RBH-SVH |
| Warden David J. Ebbert, | ) |
| *Respondents* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: the petitioner, Raymond Edward Chestnut, shall take nothing of the respondent, Warden David J. Ebbert, and this case is dismissed without prejudice as moot.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable R. Bryan Harwell, United States District Judge, presiding.

Date:  July 29, 2016                                 *ROBIN L. BLUME, CLERK OF COURT*

                                                                      s/M. Walker
                                                      _____
                                                         *Signature of Clerk or Deputy Clerk*